**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| LAWRENCE CULBERSON, | : | No. 127 EM 2015 |
| Petitioner | : | |
| v. | : | |
| COURT OF COMMON PLEAS PHILADELPHIA COUNTY, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 2nd day of December, 2015, the Application for Leave to File Original Process is **GRANTED**, the Petition for Writ of Mandamus and/or Extraordinary Relief is **GRANTED** to the extent it seeks mandamus relief, and the Court of Common Pleas of Philadelphia County is **DIRECTED** to dispose of Petitioner's pending filing within 90 days. .